# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003



Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis, III, Thomas S. | U.S. District Court, Eastern District of Virginia | 6/15/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ___ Nomination, Date ___<br>___ Initial ___X___ Annual ___ Final | 01/01/03 to 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Albert V. Bryan, Jr. U.S. Courthouse<br>401 Courthouse Square, 9th Floor<br>Alexandria, VA 22314-5799 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Advisory Council Member | Astrophysical Sciences Dept., Princeton University |
| 2 Advisory Board Member | Dean's Intellectual Property Law Advisory Board, George Washington University |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

2004 JUN 24 A 10: 58
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | Womble, Carlyle, Sandridge & Rice, LLC | |
| 2 2003 | Consumer Electronics Association | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| | NONE (No such reportable reimbursements.) | |
| 1 | ALI-ABA | Current Developments in Employment Law Seminar (Speaker) — Santa Fe, NM — July 2002 — food/lodging/travel |
| 2 | Intellectual Property Owners Association | Annual Meeting (Speaker) — Chicago, IL — September 2003 — food/travel |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Revell Assocs. P'ship | B | rent | | | dissolved | 12/31 | L | F | |
| 2 Sensor | | none | J | T | | | | | |
| 3 Burke & Herbert Bank & Trust Co. | | none | J | T | | | | | |
| 4 Burke & Herbert Bank & Trust Co. (IRA) | A | int. | J | T | | | | | |
| 5 Capital Wrld Grwth & Income Fund (IRA) | B | div. | M | T | | | | | |
| 6 Fundamental Investments Inc. (IRA) | B | div. | M | T | | | | | |
| 7 Growth Fund America, Inc. (IRA) | A | div. | L | T | | | | | |
| 8 New Economy Fund SBI (IRA) | A | div. | L | T | | | | | |
| 9 Income Fund of America, Inc. (IRA) | C | div. | M | T | | | | | |
| 10 Wash. Mutl. Investment Fund Inc. (IRA) | B | div. | L | T | | | | | |
| 11 American High Income Trust (IRA) | D | div. | M | T | | | | | |
| 12 Evergreen US Govt Money Mkt. Fd. (IRA) | A | int. | J | T | | | | | |
| 13 M&I 401(k): | | | | | | | | | |
| 14 M&I Stable Principle | | none | J | T | | | | | |
| 15 Van. Intermed. Term Bond, Inc. | | none | J | T | | | | | |
| 16 Vanguard Instit. Index | | none | K | T | | | | | |
| 17 Fid. Adv. Overseas | | none | J | T | | | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 6/15/04 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  M&I Growth Bal. | | none | J | T | | | | | |
| 19  Fid. Adv. Equity Growth | | none | J | T | | | | | |
| 20  Fidelity Investments 401(k): | | | | | | | | | |
| 21  Spartan U.S. Eq. Index | | none | J | T | buy | 7/1 | J | | |
| 22  Fid. Freedom 2020 | | none | J | T | buy | 7/1 | J | | |
| 23  Fid. Invst. Gr. Bd. | | none | J | T | buy | 7/1 | J | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

| Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (Real Estate Only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII.   Investments and Trusts

#1 - Real estate partnership was dissolved 12/31/03; the Richmond, VA property that was its major asset was sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date __6/14/04__

NOTE:  ANY INDIVIDUAL▮▮▮▮▮▮▮▮▮▮▮▮▮▮LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544